1 | George Haines, Esq.
2 | Nevada Bar No.: 9411
3 | Gerardo Avalos, Esq.
  | Nevada Bar No.: 15171
4 | **FREEDOM LAW FIRM**
5 | 8985 S. Eastern Ave., Suite 350
6 | Las Vegas, Nevada 89123
  | (702) 880-5554
7 | (702) 385-5518 (fax)
8 | Ghaines@freedomlegalteam.com

9 |
10 | Michael Kind, Esq.
   | Nevada Bar No.: 13903
11 | **KIND LAW**
12 | 8860 South Maryland Parkway, Suite 106
   | Las Vegas, Nevada 89123
13 | (702) 337-2322
14 | (702) 329-5881 (f

15 | *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marina Cardenas and Susie Frazier-Telles, individually and on behalf of all others similarly situated, | Case No.: 2:22-cv-04170-DSF-AGR |
| Plaintiffs, | **Notice of voluntary dismissal with prejudice** |
| v. | |
| Super Care, Inc. d/b/a Supercare Health, | |
| Defendant. | |

NOTICE — - 1 -

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Marina Cardenas and Susie Frazier-Telles voluntarily dismisses with prejudice the claims against Super Care, Inc. d/b/a Supercare Health in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 22, 2022.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorneys for Plaintiffs*